**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SPRAYON S.A. DE C.V. and IESCO, INC.,

    Plaintiffs,

v.                                            Case No. 04-CV-70079-DT

JOHNSTONE DISPENSING SYSTEMS
INGERSOLL RAND FLUID PRODUCTS,

    Defendants.
                                    /

**ORDER OF DISMISSAL**

On November 22, 2005, the court conducted a settlement facilitation conference at the request of the parties in the above-captioned matter. The parties reached a settlement, the terms of which were recited to the court and which are intended to be memorialized in writing by the parties in the near future. Accordingly,

IT IS ORDERED that this matter is DISMISSED with each party to bear its own costs and fees, and without prejudice to the right of either party to move the court to reopen the case within sixty days if the objects of settlement are not consummated as recited. After sixty days, this dismissal is with prejudice. A superceding order of dismissal may be submitted by the parties. The court retains jurisdiction to enforce settlement by entering judgment consistent with the parties' recitation.

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: November 23, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 23, 2005, by electronic and/or ordinary mail.

                                               S/Lisa G. Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522

S:\Cleland\JUDGE'S DESK\Odd Orders\04-70079.SPRAYON.Dismissal60Days.wpd